**FILED**

JAN 19 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KWAMIN STEWART,

    Plaintiff,

    v.

C. E. DUCART, Warden,

    Defendant.

No. C 15-05466 BLF (PR)

**ORDER OF DISMISSAL**

    On November 30, 2015, Plaintiff filed the instant <u>pro se</u> civil rights complaint pursuant to 42 U.S.C. § 1983. (Docket No. 1.) On the same day, the Clerk sent Plaintiff a notice that he had not filed an <u>In Forma Pauperis</u> ("IFP") application, and that Plaintiff must pay the required filing fee or file a completed IFP application within twenty-eight days or the case would be dismissed. (Docket No. 2.) The deadline has passed, and Plaintiff has neither paid the filing fee or filed the required documents. Accordingly, Plaintiff's case is DISMISSED.

    The Clerk shall terminate any pending motions and close the file.

**IT IS SO ORDERED.**

DATED: Jan 19, 2016

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
05466Stewart_dism-ifp.wpd

1